# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 6, 2020

## NO. 03-19-00813-CV

**Yevgenia Shockome, Appellant**

**v.**

**Robert Brendel, Barbara Trevino-Kuvet, Stratos Apostolou, Mary F. Iverson, Randolph V. Gonzalez, Cary Street Partners, Riverstone Wealth Management, Kyle Coward, Beth Layman, First Clearing, Tara Randle, River Del Llano, Amber Vasquez Bode, Erin Lemaster, Noelle Davis, Timothy Shockome, and Does 1 through 20, Appellee**

### APPEAL FROM 459TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
### DISMISSED ON APPELLEES' MOTION -- OPINION BY JUSTICE KELLY

This is an appeal from the interlocutory order signed by the trial court on October 24, 2019. Appellees have filed a motion to dismiss the appeal, and having reviewed the record, the Court agrees that the appeal should be dismissed. Therefore, the Court grants the motion and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.